No. 267.   MICHAEL McCOLE *v.* THE LIGHTER "HOWELL," ETC., CHELSEA LIGHTERAGE COMPANY, INCORPORA-

666            OCTOBER TERM, 1920.

Cases Disposed of Without Consideration by the Court.  254 U. S.

TED, CLAIMANT.   Certificate from the Circuit Court of Appeals for the Second Circuit.   January 3, 1921.   Leave granted to withdraw certificate sent up by the Circuit Court of Appeals for the Second Circuit.   *Mr. Robert Stewart* for McCole.   *Mr. Bertrand L. Pettigrew* for claimant.